UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. LANG, | Case No. CV 06-4927 RGK(JC) |
| Petitioner, | ~~(PROPOSED)~~ |
| v. | JUDGMENT |
| RICHARD A. HERNANDEZ, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed.

DATED: SEP 29 2010

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE